**Grant CHISM, Plaintiff—Appellant,**

v.

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, Defendant—Appellee.**

**No. 04–1979.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2004.

Decided Dec. 20, 2004.

Grant Chism, Appellant pro se. Scott Sheldon Oakley, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

PER CURIAM.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Grant Chism appeals from the district court's order dismissing his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Chism v. Dep't of Public Safety*, No. CA–04–220–RDB (D.Md. July 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*